

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

3-31-2011

# Shannon Rivera v. Hopatcong Borough Police Dept

Precedential or Non-Precedential: Non-Precedential

Docket No. 10-1582

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Shannon Rivera v. Hopatcong Borough Police Dept" (2011). *2011 Decisions.* Paper 1562.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1562

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

NOT PRECEDENTIAL

of the appellees in accordance with that Court's opinion of that day. This action arose out of appellees' involvement in the prosecution of Rivera in the New Jersey state courts on charges relating to the dissemination of a nude photograph of a minor on the Internet. Rivera was acquitted of the charges in juvenile court. Appellants asserted both federal and state claims.

The District Court had jurisdiction under 28 U.S.C. §§ 1331, 1343 and 1367 and we have jurisdiction under 28 U.S.C. § 1291. We exercise plenary jurisdiction on this appeal, see Santos ex rel. Beato v. United States, 559 F.3d 189, 193 (3d Cir. 2009), and therefore can affirm only if appellees can show "that there is no genuine dispute as to any material fact and [they are] entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a).

After our review of this matter we are in full accord with the District Court's disposition of this case and can add nothing substantial to its opinion. Consequently, we will affirm the order of February 3, 2010, for the reasons it set forth in its opinion. The parties will bear their own costs on this appeal.